IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

FIRST UNION NATIONAL BANK, as
Trustee of the SOUTHEAST TIMBER
LEASING STATUTORY TRUST     PLAINTIFF-COUNTERDEFENDANT

VS.     CASE NO. 99-CV-1045

PICTET OVERSEAS TRUST CORP.
LTD., As Trustee of the HENRIETTA
Y. JONES TRUST     DEFENDANT-COUNTERCLAIMANT

# FINAL ORDER OF JUDGMENT

On June 17, 2005, the Court granted Summary Judgment in favor of the Pictet Overseas Trust Corp. Ltd. (Pictet) and against First Union National Bank (First Union), now Wachovia, individually. The parties were ordered to submit updated calculations of the balance and interest owed for the Court's final judgment in this matter. On November 14, 2005, Pictet submitted to the Court its Amended Recalculation of the Balance and Interest owed to it. (Doc. No. 137). First Union has not responded.

Based upon the Court's July 21, 2005 Amended Order of Judgment and Pictet's Amended Recalculations, the Court finds that Pictet is entitled to judgment against First Union, individually, in the amount of $1,997,464.12.[1] In addition Pictet is entitled to attorney fees in the

---

[1] As of June 17, 2005, the day the summary judgment was entered, First Union owed Pictet $1,971,816.69. Interest accrued on this figure at a rate of 2.41% or $130.19 per day. Between June 17, 2005 and the date of this Order, the amount of interest to accrue on this figure is $25,647.43. This makes the total amount owed to Pictet as of December 21, 2005 to be $1,997,464.12.

amount of $87,978.79.[2]

Accordingly as of this date, Final Judgment is hereby entered in favor to Pictet Overseas Trust Corp. Ltd. and against First Union National Bank, now Wachovia, individually, in the amount of $2,085,442.91.

IT IS SO ORDERED, this 21st day of December, 2005.

    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge

---

[2] As of June 17, 2005, the day the summary judgment was entered, First Union owed Pictet attorney fees in the amount of $86,849.98. Interest accrued on this figure at a rate of 2.41% or $5.73 per day. Between June 17, 2005 and the date of this Order, the amount of interest to accrue on this figure is $1,128.81. This makes the total amount of attorney fees owed to Pictet as of December 21, 2005 to be $87,978.79.